CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 24-00506-2 AMO |
| | ) |
|     Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM |
| | ) MARCH 23, 2026, THROUGH MAY 4, 2026, AND |
|   v. | ) [PROPOSED] ORDER |
| | ) |
| EVAN EDWARDS, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for defendant EVAN EDWARDS that time be excluded under the Speedy Trial Act from March 23, 2026, through May 4, 2026.

On March 16, 2026, the parties filed a stipulation requesting that the Court set the matter for trial setting on March 23, 2026, which the Court granted. On March 23, 2026, the parties appeared and informed the Court that defendant Edwards wished to set the matter for change of plea. With the agreement of the parties, the Court set the matter for change of plea on May 4, 2026. The parties also agreed that excluding time under the Speedy Trial Act until May 4, 2026, will allow for the effective preparation of counsel, given the continuing review of the discovery and investigation of the matter. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by

STIP. AND [PROPOSED] ORDER
Case No. CR 24-00506 AMO        v. 7/10/2018

excluding the time from March 23, 2026, through May 4, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

DATED: March 25, 2026                              /s/
MICHELLE J. KANE
Assistant United States Attorney

DATED: March 25, 2026                              /s/
JOHN JORDAN
Counsel for Defendant EDWARDS

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court hereby finds that failing to exclude the time from March 23, 2026, through May 4, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 23, 2026, through April May 4, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 23, 2026, through May 4, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:     3/25/2026     

HON. ARACELI MARTINEZ OLGUIN
United States District Judge

STIP. AND [~~PROPOSED~~] ORDER
Case No. CR 24-00506 AMO                    2                    v. 7/10/2018