CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
ANUPAM DHILLON (CABN 324746)

Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EVAN EDWARDS,<br><br>    Defendants. | ) NO. CR 24-00506-2 AMO<br>)<br>)<br>) STIPULATION REGARDING CHANGE OF PLEA<br>) HEARING AND MODIFICATION OF PRETRIAL<br>) SCHEDULE; [~~PROPOSED~~] ORDER<br>)<br>) Jury Selection: September 22, 2026<br>)<br>) |

Defendant EVAN EDWARDS, represented by John Jordan, and the United States, represented

by Assistant United States Attorneys Michelle J. Kane and Anupam Dhillon, hereby stipulate to the

following:

      1.    The parties appeared before this Court on May 4, 2026. At the request of the

parties, the Court set a jury trial date of September 22, 2026.

      2.    The parties have reached an agreement for the defendant to plead guilty and

request that the Court set the matter for a change of plea hearing on July 27, 2026.

      3.    The Court previously entered a pretrial scheduling order pursuant to the parties'

request. ECF No. 164. Given the planned change of plea hearing, the parties request that the

Court modify the existing pretrial schedule as follows:

STIP. AND [~~PROPOSED~~] ORDER
Case No. CR 24-00506 AMO

- August 3, 2026: deadline for Fed. R. Crim. P. 16 defense reciprocal disclosures, including expert disclosures, and Fed. R. Crim. P. 12.1 and 12.2 defense notices, to the extent required by law and/or consistent with the Sixth Amendment; deadline for government to provide defendant translations or transcripts of conversations or statements to be shown to the jury; deadline for Jencks Act disclosures; deadline for exchange of witness and exhibit lists;

- August 10, 2026: deadline to file pretrial motions, including motions in limine, motions to exclude co-conspirator statements, *Daubert* motions or other motions directed at expert testimony, motions to exclude/include Rule 404(b) acts, and motions directed at the accuracy of transcripts of recordings to be shown to the jury;

4. The parties request that the Court maintain the current August 20, 2026, deadline to file oppositions to pretrial motions; Joint Pretrial Conference Statement, Joint Statement of the Case to be read during voir dire, and joint jury instructions; deadline for government to file proposed jury verdict form and a witness list; deadline for the defense, to the extent, to the extent required by law and/or consistent with the Sixth Amendment, to file a witness list, and deadline for the government and defense to file exhibit lists, proposed jury voir dire questions, and trial memoranda;

5. The parties also request that the Court maintain the currently-scheduled September 3, 2026, Pretrial Conference.

6. The Court previously excluded the time from May 4, 2026, through September 22, 2026, from computation under the Speedy Trial Act pursuant to the stipulation of the parties. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

DATED: July 10, 2026

_____/s/_____
MICHELLE J. KANE
ANUPAM DHILLON
Assistant United States Attorneys

DATED: July 10, 2026

_____/s/_____
JOHN JORDAN
Counsel for Defendant EDWARDS

STIP. AND [~~PROPOSED~~] ORDER
Case No. CR 24-00506 AMO                     2

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court sets this matter for change of plea on July 27, 2026, at 11:00 am. The Court further orders the modifications to the pretrial schedule as set forth above.

IT IS SO ORDERED.

DATED:   7/10/2026

HON. ARACELI MARTINEZ OLGUIN
United States District Judge

STIP. AND [~~PROPOSED~~] ORDER
Case No. CR 24-00506 AMO                3